**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ARTHUR RAY WILLIAMS**                                                   **PLAINTIFFS**
**and DIANE WILLIAMS**

**VS.**                   **NO.  4:06-CV-01641 GTE**

**SCHINDLER ELEVATOR CORPORATION**                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date granting summary judgment in favor of Defendant Schindler Elevator Corporation, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Plaintiffs take nothing on their Complaint against Schindler Elevator Corporation.  The Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS   5th   day of October, 2007.

                                                         _/s/Garnett Thomas Eisele_____
                                                         UNITED STATES DISTRICT COURT